No. 584. COMMERCIAL MOLASSES CORP. v. NEW YORK TANK BARGE CORP. Argued March 13, 14, 1941. Decided April 14, 1941. *Per Cu-*

*riam:* The judgment is affirmed by an equally divided Court. *Mr. T. Catesby Jones,* with whom *Messrs. D. Roger Englar, Leonard J. Matteson,* and *Ezra G. Benedict Fox* were on the brief, for petitioner. *Mr. Robert S. Erskine,* with whom *Messrs. Cletus Keating, L. de Grove Potter,* and *Richard Sullivan* were on the brief, for respondent.

